UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12474

Filippo Toscano

v.

Fleet Boston Financial

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-6, & exhibits and cassette tape

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/20/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 11, 2007.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 9/12/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12474-DPW

Toscano v. Fleet Boston Financial  
Assigned to: Judge Douglas P. Woodlock  
Cause: 28:1331 Fed. Question: Employment Discrimination

Date Filed: 11/22/2004  
Jury Demand: None  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Filippo Toscano**    represented by    **Filippo Toscano**  
30 Bradley Street  
North Weymouth, MA 02191  
PRO SE

V.

**Defendant**

**Fleet Boston Financial**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Filippo Toscano. (Jenness, Susan) (Entered: 11/30/2004) |
| 11/22/2004 | 2 | COMPLAINT against Fleet Boston Financial Filing fee: $ 0.00, receipt number 0.00, filed by Filippo Toscano.(Jenness, Susan) (Entered: 11/30/2004) |
| 11/22/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Jenness, Susan) (Entered: 11/30/2004) |
| 12/20/2004 | 3 | Judge Douglas P. Woodlock : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. The application to proceed without prepayment of fees is GRANTED. The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. s 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits. (JMC) (Entered: 12/21/2004) |
| 02/17/2005 | 4 | AMENDED COMPLAINT against Fleet Boston Financial, filed by Filippo Toscano forwarded for consideration.(Jenness, Susan) (Entered: 02/17/2005) |
| 08/06/2007 | 5 | Judge Douglas P. Woodlock : ORDER entered. MEMORANDUM AND ORDER. Plaintiff's claims are subject to dismissal under 28 U.S.C. s 1915(e)(2) within thirty-five (35) days of the date of this Memorandum |

| | | |
|---|---|---|
| | | and Order unless plaintiff demonstrates good cause before that time, in writing, as to why this action should not be dismissed for the reasons stated above. (PSSA, 3) (Entered: 08/06/2007) |
| 08/06/2007 | ○ | Set/Reset Deadlines: Show Cause Response due by 9/10/2007. (PSSA, 3) (Entered: 08/06/2007) |
| 08/20/2007 | 6 | NOTICE OF APPEAL as to 5 Memorandum & ORDER, by Filippo Toscano NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 9/10/2007. Exhibits not scanned due to volume.(Nici, Richard) (Entered: 08/22/2007) |