# United States Court of Appeals
## For the First Circuit

No. 07-2406

JC# 04-12474
Judge: Honorable Douglas P. Woodlock

FILIPPO TOSCANO

Plaintiff - Appellant

v.

FLEETBOSTON FINANCIAL

Defendant - Appellee

**JUDGMENT**
Entered: October 15, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's motion, it is hereby ordered that this appeal be voluntarily dismissed.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: _____
Appeals Attorney

CERTIFIED COPY
HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature]  Date: 10/23/07

[cc: Fillipo Toscano]