UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USCA Docket Number: 07-2406

USDC Docket Number: 04-cv-12474

Filippo Toscano

v.

Fleet Boston Financial

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: Exhibits 1-11 & Cassette Tape

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 11, 2008.

Sarah A. Thornton, Clerk of Court

By: _____
     Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/11/08

_____
Deputy Clerk, US Court of Appeals

- 3/06