UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILIPPO TOSCANO,

    Plaintiff,

v.

FLEET BOSTON FINANCIAL,

    Defendant.

Civil Action No. 04-12474-DPW

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and 28 U.S.C. § 455, Defendant Bank of America, N.A. (improperly named "Fleet Boston Financial" in the Complaint) is 100% owned by NB Holdings Corporation. NB Holdings is a holding company for Bank of America, N.A. and is not publicly traded and, therefore, no publicly held corporation owns 10% or more of its stock.

BANK OF AMERICA, N.A.,

By its attorneys,

/s/ Alice A. Kokodis
Alice A. Kokodis (BBO #631401)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

Dated: May 12, 2008

PRV 952676.1

## CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of May 2008, a true copy of the Defendants' Rule 7.1 Disclosure Statement was filed electronically with the Court's CM/ECF system and thereby served by certified mail to pro se Plaintiff:

    Filippo Toscano
    30 Bradley Road
    N. Weymouth, MA  02191

    /s/ Alice A. Kokodis
    Alice A. Kokodis

PRV 952676.1