UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FILIPPO TOSCANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 04-12474-DPW |
| ) | |
| FLEET BOSTON FINANCIAL, ) | |
| ) | |
| Defendant. ) | |

<u>ORDER FOR APPOINTMENT OF PRO BONO COUNSEL</u>

This matter is before the Court on the request of the plaintiff for the appointment of counsel to serve *pro bono*.

There being sufficient cause to exercise the discretionary power of the Court to appoint counsel, it is ORDERED that Edward N. Perry, Esq. is appointed to represent the plaintiff under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Civil Cases, unless this appointment is declined by written notice within twenty-one (21) days from the date of this Order. Once this order takes effect, appointed counsel or his designated associate(s) shall promptly file a Notice of Appearance in this action.

This appointment is limited solely to representing the plaintiff for purposes of settlement discussions to resolve the case pending in this Court. Counsel is not being appointed to represent the plaintiff for any other aspect of this case or in any other proceeding or matter. Once settlement discussions have been terminated, counsel may move to withdraw.

DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE

Date: 7/15/2008          By:   /s/ Jeanette McGlamery
                               Jeanette McGlamery, Esq.
                               Pro Bono Coordinator

*Contact Information:
Edward N. Perry, Esq.
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza Boston, MA 02116-3902
617.348.4300
eperry@swmlawyers.com