UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FILIPPO TOSCANO,<br><br>        Plaintiff,<br><br>vs.<br><br>FLEET BOSTON FINANCIAL,<br><br>        Defendant. | CIVIL ACTION NO.<br>04-12474-DPW |

NOTICE OF APPEARANCE FOR PLAINTIFF

Please enter the appearance of Edward N. Perry of the law firm Sullivan Weinstein & McQuay, P.C., for the Plaintiff, Mr. Filippo Toscano, in the above entitled matter.

                              Filippo Toacano,
                              By his Attorney,

                              */s/ Edward N. Perry*
                              Edward N. Perry (BBO #395720)
                              Sullivan Weinstein & McQuay, P.C.
                              Two Park Plaza, Suite 610
                              Boston, MA 02116
                              (617) 348-4300

Dated: July 24, 2008

## CERTIFICATE OF SERVICE

     I, Edward N. Perry, hereby certify that a true copy of the above document was served by mail on the attorney of record for Defendant, Fleet Boston Financial, a/k/a Bank of America, N.A., Alice A. Kokodis, Esq., Edwards Angell Palmer & Dodge LLP, 11 Huntington Avenue, Boston, MA 02199-7613 on July 24, 2008.

                                          */s/ Edward N. Perry*
                                           Edward N. Perry